12/18/2024 06:41:00pm

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Mark Anthony Croom**                              CASE NO    **24-35202**

                                                            CHAPTER   **13**

**AMENDED 12/18/2024**
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/18/2024                                    Signature  /s/ Mark Anthony Croom
                                                               *Mark Anthony Croom*

Date _____                       Signature _____

Debtor(s): Mark Anthony Croom	Case No: 24-35202	SOUTHERN DISTRICT OF TEXAS
	Chapter: 13	HOUSTON DIVISION

American Credit Acceptance
Attn: Bankruptcy
961 East Main Street
Spartanburg, SC 29302

Damian Artis
31215 Yellow Dawn Ln.
Hockley, TX 77447

North Cypress Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

Ardmore Fin
6739 Airline Drive
Houston, TX 77076

Debt Co Coll
9417 E 63rd St
Kansas City, MO 64133

Okinus, Inc
PO BOX 691
Pelham, GA 31779

Attorney General/Child Support
Attn: Bankruptcy/Child Supprt D
PO Box 12017
Austin, TX 78711

Deutsche Bank National Trust Co
c/o Blenden Roth Law Frim, PLLC
2217 Harwood Rd.
Bedford, TX 76021

Pack Law P.C.
One Northwest Centre
13831 Northwest Freeway Suite 4
Houston, TX 77040

Bridgecrest Acceptance Corp
PO Box 53087
Suite 100
Phoenix, AZ 85072

Franklin Credit Management Corp
PO Box 829629
Philadelphia, PA 19182-9629

Republic Finance
7031 Commerce Cir.
Baton Rouge, LA 70809

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Hai Trinh
6307 Tierra Lake Ct.
Houston, TX 77065

Rozlin Finacial Grop Inc.
PO Box 8
Sycamore, IL 60178

Cash America Pawn
9230 Cypress Creek Pkwy
Houston, TX 77070

Internal Revenue Service
Insolvency Section
1919 Smith St.
M/S 5022Hou
Houston, TX 77002

Security Credit Services
Attn: Bankruptcy
PO Box 1156
Oxford, MS 38655

Ciara Gehman
31215 Yellow Dawn Ln.
Hockley, TX 77447

Kent Lee, Esq.
1112 Hancock Springs Ln.
Friendswood, TX 77549

Shaw's R&R Jewelry and Loan, L.
10540 Jones Road
Houston, TX 77065

Craig A. Noack
Noack Law Firm
24165 IH-10 West
Suite 217-418
San Antonio, TX 78257

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Michael Gehman
31215 Yellow Dawn Ln.
Hockley, TX 77447

Valu + Pawn
10790 Farm to Market 1960 Rd W
Houston, TX 77070

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

World Finance Corporat
Po Box 6429
Greenville, SC 29607